■ In the Matter of IRVING J. KAUFMAN, an Attorney.— Motion for reinstatement granted. Concur — Stevens, P. J., Markewich, Nunez, McNally and Steuer, JJ.

## (May 11, 1970)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JUNIUS ELLIS AVERY, Appellant, v. WARDEN, MANHATTAN HOUSE OF DETENTION FOR MEN, Respondent.— Judgment unanimously affirmed. The stay granted by order of this court, entered on April 27, 1970, is hereby vacated. No opinion. Concur — Eager, J. P., Capozzoli, Nunez and Tilzer, JJ.